■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENNIS MICHAELS, Appellant. [673 NYS2d 599] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Leone, J.), rendered June 13, 1996, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his claim, raised in his supplemental *pro se* brief, that the evidence was legally insufficient (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Bynum,* 70 NY2d 858; *People v McGee,* 204 AD2d 353). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining claims are either unpreserved for appellate review or without merit. O'Brien, J. P., Sullivan, Pizzuto and Joy, JJ., concur.